**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 30 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**FARRA JACKSON (now Banks)**                                          **PLAINTIFF**

**V.**                              CASE NO. 3:17-cv-167-KGB

**NESTLE USA, INC.**                                                      **DEFENDANT**

This case assigned to District Judge _Baker_

COMPLAINT    and to Magistrate Judge _Harris_

COMES now, the Plaintiff by and through her attorney Robert Newcomb and for Complaint against the Defendant states:

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to provisions of 28 U.S.C. §1331 to enforce rights granted by the Civil Rights Act of 1964 as amended 42 U.S.C. §2000-e for unlawful employment practices discriminating against the Plaintiff on the basis of race and sex and that she was subjected to retaliation for having asserted and complained about discrimination.

2. Venue is proper in this district and division in that the events occurred in Craighead County, Arkansas and the Plaintiff is a resident of Craighead County, Arkansas.

PARTIES

3. The Plaintiff, Farra Banks Jackson is an African American female citizen of the United States.

4. Nestle USA, Inc. is a corporation authorized to do business in Arkansas with a plant located at 1 Nestle Way, Jonesboro, Arkansas 72401. The

Defendant Nestle is an employer within the meaning of the Civil Rights Act of 1964 as amended, employing more than 300 persons.

FACTS

5.      The Plaintiff was hired on or about August 27th, 2012 by the Defendant.

6.      The Plaintiff at all times material to this cause of action was working at a net weight technician but was qualified to be a backup freezer operator.

7.      The position of acting as freezer operator was available on September 2nd, 2016, September 16th, 2016, September 7th, 2016 and September 24th, 2016.

8.      The Plaintiff was not allowed to work in said position and a white individual as allowed to work in her place who had less seniority and was not the top ranked person to fulfil the  position on an acting basis.

9.      The Plaintiff complained about not being allowed to work in the position that she was qualified for and receive the pay that she was qualified for.

10.     That the team leader Brian Day denied her the opportunity to work as a backup freezer operator after she complained

11.     A male was allowed to work in the position and so was a white female.

12.     After she complained to the Human Resource Department, she was not allowed to work on the freezer line.

13.    The Plaintiff complained to the Defendant's Human Resource Department about being discriminated against and subsequent thereto she was continued to be denied the opportunity to work as a freezer person.

14.    The Defendant's normal practice would be that since the Plaintiff was the first alternate to be a freezer operator that she would be the one to do it when there was a vacancy.

15.    Supervisors did not allow the Plaintiff to operate as a freezer operator due to her race, costing her money.

## DAMAGES

16.    That the Court award the Plaintiff monetary damages for the loss of pay she had while not being allowed to be freezer operator.

17.    That the Court enter an injunction directing the Defendant to allow the Plaintiff to be freezer operator whenever there is a vacancy.

18.    That the Plaintiff be awarded monetary damages for emotional distress.

19.    That the Plaintiff be awarded emotional distress damages from the retaliation that she suffered by having to be subjected to not being allowed to work as a freezer operator subsequent to filing the complaint.

20.    That the Plaintiff was subjected to false disciplinary action and retaliation for filing a charge of discrimination and that the Court should remove from her permanent personnel record the false.

## EXHAUSTION OF REMEDIES

21.    The Plaintiff timely filed an EEOC charge attached hereto as Exhibit A.

22.    The Plaintiff received a notice of rights form, Exhibit B and has filed this action within 90 days of the receipt thereof.

JURY TRIAL DEMANDED

23.    The Plaintiff request a trial by jury.

WHEREFORE, it is respectfully prayed that this Court will grant the relief the Plaintiff requests; award her reasonable attorney's fees and court costs; award her the relief she seeks and grant all such other relief to which she is entitled.

Respectfully submitted,

Robert A. Newcomb, #73087
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
robertnwcmb@aol.com
P: 501-372-5577
F: 501-372-6025

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 493-2017-00733 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Farra Jackson | (870) 819-7236 | 1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4820 Ocean Drive, Jonesboro, AR 72401 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NESTLE USA INC. | 15 - 100 | (870) 268-4800 |

| Street Address | City, State and ZIP Code |
|---|---|
| One Nestle Way,  Jonesboro, AR 72401 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE    ☐ COLOR    ☒ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☒ RETALIATION    ☒ AGE    ☐ DISABILITY    ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-02-2016    Latest: 09-24-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about August 27, 2012, with my most recent position as Net Weight Technician.  On September 2nd; September 6th; September 7th; and September 24, 2016, I was denied the Back Up Freezer Operator position.

I was not given a reason for being denied the Back Up Freezer Operator position.

I believe I was denied the position because of my sex and race, Black Female, in violation of Title VII of the Civil Rights Act of 1964, as amended, and my age,  46, in violation of the Age Discrimination in Employment Act of 1967, as amended.

EXHIBIT
A
PENGAD 800-631-6989

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3/23/17  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To | Farra Jackson<br>4820 Ocean Drive<br>Jonesboro, AR 72401 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2017-00733 | Virginia C. Pollard,<br>Enforcement Supervisor | (501) 324-6016 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form )*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission,

APR 0 4 2017

Enclosures(s)

**William A. Cash, Jr.,**
**Area Office Director**

*(Date Mailed)*

cc:   **Greg Burnette**
**HR Manager**
**NESTLE USA, INC.**
**One Nestle Way**
**Jonesboro, AR 72401**



EXHIBIT

B

PENGAD 800-631-6989