# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**FARRA BANKS JACKSON**                                                       **PLAINTIFF**

**v.**                          **Case No. 3:17-cv-00167 KGB**

**NESTLE USA, INC.**                                                          **DEFENDANT**

## ORDER

    Before the Court is a motion to dismiss for want of prosecution or, in the alternative, motion to compel filed by defendant Nestle USA, Inc. ("Nestle") (Dkt. No. 10). The Court will hold a status hearing regarding the motion on Monday, July 9, 2018, beginning at 1:30 p.m. C.T. Counsel for Farra Banks Jackson is required to have Ms. Jackson appear at the status hearing. Counsel for Ms. Jackson communicated to the Court by letter that he sent to Ms. Jackson for review the pending motion (Dkt. Nos. 10, 11).

    It is so ordered, this the 28th day of June, 2018.

                                                         */s/ Kristine G. Baker*
                                                          Kristine G. Baker
                                                          United States District Judge