# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**FARRA BANKS JACKSON**                                                   **PLAINTIFF**

**v.**                      **Case No. 3:17-cv-00167 KGB**

**NESTLE USA, INC.**                                                      **DEFENDANT**

## ORDER

The Court conducted a status conference in this matter. Counsel for plaintiff Farra Banks Jackson and counsel for defendant Nestle USA, Inc., participated in the conference. As a result of that status conference, the Court suspends the Final Scheduling Order currently in effect in this case (Dkt. No. 9). The Court will enter an Amended Final Scheduling Order by separate order. The Court takes under advisement the pending motion to dismiss for want of prosecution or, in the alternative, motion to compel filed by defendant Nestle USA, Inc. (Dkt. No. 10).

So ordered this 9th day of July, 2018.

_____
Kristine G. Baker
United States District Judge