IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FARRA BANKS JACKSON                                                                    PLAINTIFF

v.                              Case No. 3:17-cv-00167 KGB

NESTLE USA, INC.                                                                       DEFENDANT

## ORDER

Before the Court is a motion to withdraw filed by Robert A. Newcomb, counsel for plaintiff Farra Banks Jackson (Dkt. No. 22). Plaintiff's counsel moves to withdraw as counsel for Ms. Jackson. According to plaintiff's counsel, he has been unable to communicate with Ms. Jackson, and Ms. Jackson expressed a lack of trust in counsel (*Id.*, ¶¶ 1-2).

The Court grants the motion to withdraw (Dkt. No. 22). Robert A. Newcomb is terminated as counsel of record for Ms. Jackson. Ms. Jackson has up to and including 30 days from the date of this Order to inform the Court in writing whether she has obtained new counsel or wishes to continue to proceed *pro se*. The Court stays this case until Ms. Jackson informs the Court of how she wishes to proceed.

As Ms. Jackson is currently proceeding *pro se*, she is directed to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, which provides:

> Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Further, the Court directs Ms. Jackson's attention to the pending motion to dismiss for want of prosecution or, in the alternative, motion to compel (Dkt. No. 10). Ms. Jackson has 30 days from the entry of this Order to respond to the pending motion (*Id.*). At that time, the Court will consider the motion ripe for the Court's determination.

The Clerk of the Court is directed to mail a copy of this Order to Ms. Jackson at the following address, which was provided by her former counsel:

Farra Jackson
4820 Ocean Drive
Jonesboro, AR 72401

So ordered this 26th day of March, 2019.

_____
Kristine G. Baker
United States District Judge