**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**FARRA BANKS JACKSON**                                                        **PLAINTIFF**

**v.**                                    **Case No. 3:17-cv-00167 KGB**

**NESTLE USA, INC.**                                                            **DEFENDANT**

## ORDER

On March 26, 2019, the Court granted the motion to withdraw filed by Robert A. Newcomb, counsel for plaintiff Farra Banks Jackson (Dkt. No. 23, at 1). In that Order, the Court stayed the case and advised Ms. Jackson that she had up to and including 30 days to inform the Court in writing whether she has obtained new counsel or wishes to proceed *pro se* (*Id.*). The Court also informed Ms. Jackson that she had 30 days to respond to defendant Nestle USA, Inc.'s pending motions to dismiss for want of prosecution or, in the alternative, motion to compel (Dkt. Nos. 10, 18). Ms. Jackson was advised that her failure to do so may result in the dismissal of this lawsuit pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, which provides, in part, that "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." *Id.*

As of the date of this Order, Ms. Jackson has not complied with the Court's Order from March 26, 2019. Accordingly, this case is dismissed without prejudice.

So ordered this 16th day of July, 2019.

Kristine G. Baker
United States District Judge