# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**FARRA BANKS JACKSON**                                                                 **PLAINTIFF**

**v.**                            **Case No. 3:17-cv-00167 KGB**

**NESTLE USA, INC.**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Farra Banks Jackson's complaint is dismissed without prejudice. The relief sought is denied.

So ordered this 16th day of July, 2019.

_____
Kristine G. Baker
United States District Judge